

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

**LAVARN WHITE and**
**EARVIN WHITE**                                                              **PLAINTIFFS**

**CIVIL ACTION NO.: 2:22-cv-18-KS-MTP**

**JIM WALTER HOMES, DITECH,**
**AFFILIATED DEBTORS,**
**AMERICIA TRUST LLC, NRZ TRUST VII, and**
**U.S. NATIONAL BANK**                                                    **DEFENDANTS**

NOTICE OF APPEAL

35 CYPRESS Ln
Taylorsville, MS.
                    39168
       601-452-0913

Lavan Wht          10\26\2022